No. 82–5243.  ALEXANDER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5245.  FARMER ET AL. *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 82–5246.  LIVINGSTON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–5248.  LONG *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–5256.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 82–5257.  BLACK *v.* TRIPLE U. ENTERPRISES.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 82–5258.  THIBODEAUX *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 82–5261.  ALLEN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 82–5267.  MATTHEWS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–5270.  SALES *v.* HARRIS, SUPERINTENDENT, GREENHAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir. Certiorari denied.

No. 82–5282.  ROYSTER *v.* BALLANTINE BOOKS, A DIVISION OF RANDOM HOUSE, INC.  C. A. D. C. Cir.  Certiorari denied.

No. 82–5289.  DAWSON ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–5291.  GENOVESE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5297.  THOMAS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.